**Abatement Order filed August 24, 2021**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00958-CR

———————

## MICHAEL PATRICK ANDERSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1634095**

### ABATEMENT ORDER

Appellant is represented by retained counsel, R. Scott Shearer. Appellant's brief was originally due **September 17, 2020.** The last extension granted to file appellant's brief extended the time to file the brief to July 8, 2021. No brief was filed. On July 15, 2021, counsel was ordered to file a brief with the clerk of this court on or before **August 12, 2021**. No brief or motion for extension of time has been filed. *See* Tex. R. App. P. 38.6(a).

1

Pursuant to Tex. R. App. P. 38.8(b) (a copy of which is attached) the judge of the 230th District Court shall (1) immediately conduct a hearing, at which appellant, appellant's counsel, and state's counsel shall participate, either in person or by video teleconference, to determine (a) whether appellant desires to prosecute his appeal; (b) whether appellant is indigent; (c) if not indigent, whether appellant has abandoned the appeal or whether appellant has failed to make necessary arrangements for filing a brief; (d) the reason for the failure to file a brief; (e) if appellant desires to continue the appeal, a date certain when appellant's brief will be filed; and (2) prepare a record, in the form of a reporter's record, of the hearing. If appellant is indigent, the judge shall take such measures as may be necessary to assure effective representation of counsel, which may include the appointment of new counsel. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a transcribed record of the hearing, a videotape or compact disc, if any, containing a recording of the video teleconference, and a supplemental clerk's record containing the findings and conclusions. Those records shall be filed with the clerk of this court **within 30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this Court's order. If the parties do not

2

request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.